# Elizabeth A. Haas, Esq., PLLC
254 South Main Street, Suite 210
New City, New York 10956-3363
Telephone: (845) 708-0340
Fax: (845) 708-5622
Email: info@thehaaslawfirm.com

Elizabeth A. Haas, Esq.

*Of Counsel*
Steven M. Silverstein, Esq.
Larry J. Schwartz, Esq

March 23, 2010

<u>Via ECF</u>
Chambers, Hon. Robert R. Drain
Att: Lisa O'Shea
U.S. Bankruptcy Court
300 Quarropas Street
White Plains, N.Y. 10601

   Re: Cirino Cernaro aka Ciro Cernaro
     Chapter 13 - Case No. 09-23707-rdd

Dear Lisa:

  This will confirm our telephone conversation of today wherein the Confirmation Hearing and the Loss Mitigation Status Conference with regard to the above matter have been adjourned from March 24, 2010 to May 26, 2010 at 10:00am.

  Thank you for your kind courtesies extended in this matter.

                Respectfully submitted,

                Donna Paz
/dp                Legal Assistant
cc: Rosicki, Rosicki & Assoc. (516-873-7243)
   Jeffrey L. Sapri, Esq. (914-328-7299)

T:\Cernaro\Chapter 13\Letters\Chambers 4.DOC